# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2018

## NO. 03-17-00760-CV

**Audria Edmond, Appellant**

**v.**

**Mark McElhannon/Accent Real Estate Services, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment of possession signed by the trial court on November 28, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.